**Nikki THOMPSON, Plaintiff–Appellant,**

v.

**CITY OF DANVILLE, VIRGINIA; City of Danville Police Department; V.T. Brown, in his capacity as a Police Officer of the City of Danville Police Department, Defendants–Appellees.**

**No. 11–1669.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 28, 2011.

Decided: Dec. 8, 2011.

Nikki Thompson, Appellant Pro Se. Michael Anthony Nicholas, Daniel, Medley & Kirby, PC, Danville, Virginia, for Appellees.

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nikki Thompson appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Thompson v. City of Danville,* No. 4:10–cv–00012–JLK, 2011 WL 2174536 (W.D.Va. June 3, 2011). The motions for consideration of discovery information and for relief are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*